*(Rev. 12/6/12)*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

U.S. DISTRICT COURT
WESTERN DISTRICT
OF LOUISIANA
FILED

RECEIVED
MAR 24 2021
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

| KAMESHA WEST | Civil No. |
| Plaintiff | |
| VS. | Judge |
| WALMART STORES, INC and | Magistrate Judge |
| WALMART LOUISIANA, LLC | |
| Defendant | |

**COMPLAINT**
**UNDER SECTION 706(f) OF THE CIVIL RIGHTS ACT OF 1964**

A. Describe in your own words the employment practices about which you are complaining, identifying the persons, companies, unions, agencies or bodies you say have engaged in such practices. Attach an additional sheet, if necessary.

I was hired on October 20, 2011, with my most recent position being store manager. During my employment I complained that my supervisor Brian Ducote treated white store managers more favorably than black store managers. In early 2019 I found out I was pregnant. I was diagnosed with a disability which was affecting my pregnancy. I requested to be relieved of my management duties and placed in a less stressful position until I delivered. My request was denied. On March 8, 2019, I was placed on a medical leave of absence. On April 1, 2019, after Human Resources Manager Mathew Baker and Brian Ducote called me back to work, I spent one day in a highly stressful and toxic environment, then returned to my medical leave of absence. In May, 2019 Baker sent me a letter inquiring about my return to work. I informed him I was on medical leave of absence for my health (pregnancy). While this was going on, I engaged in the protected activity of providing a witness statement to support another employee's EEOC charge of discrimination. On February 11, 2020, I returned to work, only to be told I had been discharged by Ducote.

I believe I have been discriminated against because of my sex (female), race (African American), pregnancy, disability, and in retaliation for opposing practices made unlawful in violation of Title VII of the Civil Rights Act of 1964, as amended; and discriminated against because of my disability and denied a reasonable accommodation because of my disability in violation of the Americans with Disabilities Act of 1990, as amended.

B. Have you filed with the Equal Employment Opportunity Commission (EEOC) a charge relating to such practices? Yes ☒   No ☐

(Rev. 12/6/12)

C. Have you received from the EEOC a letter notifying you of your "right-to-sue" respecting such charges?  Yes ☒  No ☐

If "Yes," attach a copy of such letter and notice, and state when you received same.

Date received: <u>3/19/21</u>

D. Have you received from the EEOC a copy of its determination with regard to your charges? Yes ☒   No ☐

If "Yes," attach a copy of such determination. Also, if you disagree with any of the EEOC's findings or conclusions, state why:

<u>The determination does not state the facts the EEOC did or did not consider and it does not state any findings of fact or conclusions.</u>

E. Give any other information you desire to disclose which supports your claim of discriminatory employment practices.

<u>While employed by Walmart I supported another employee's disability discrimination complaint and submitted a witness statement to the EEOC in support of my co-worker's statement. I have good reason to believe that Walmart was informed of my statement during the Agency's discusionss with Walmart about my co-worker's claim and that this motivated Walmart to terminate my employment. Also, there were witnesses to the race-based comments Brian Ducotre made about me and other managers prior to my pregnancy leave. The reasons for termination of my employment are pretextual.</u>

F. Under penalty of perjury, I declare that the information given in this complaint is true and correct.

Date: <u>3/24/2021</u>

(Signature)

1037 Ridgewood Drive
(Street Address or P.O. Box)

Shreveport          LA          71118
(City)              (State)     (Zip Code)

318          -   584-3703
(Area Code)      (Telephone Number)

(Witness)

(Witness)

Page 2 of 2